## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>         Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>         Defendant. | Case No. 2:22-cv-00708-ART-DJA<br><br>**ORDER APPROVING**<br><br>**Stipulation to Dismiss Without Prejudice** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that this action be dismissed without prejudice, each party to bear its own attorney's fees and costs.

Dated: October 14, 2022

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br><br> */s/ Stephen R. Hanson II*  <br>Stephen R. Hanson II<br>Assistant United States Attorney | LIPPMAN RECUPERO, PLLC<br><br><br>*/s/ Whitney C. Wilcher*  <br>Whitney C. Wilcher<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:    October 17, 2022